MORROW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No.: 1:26-cr-10008-JDB |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| BECKY L. WARD, | ) | 21 U.S.C. § 846 |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown to the Grand Jury, but at least as early as in or around September 2025, and lasting until on or about October 31, 2025, in the Western District of Tennessee, the defendant,

---------------------------------------------- **BECKY L. WARD** ----------------------------------------------

did knowingly and intentionally conspire, combine, confederate, and agree with other persons, both known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

On or about September 17, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BECKY L. WARD** --------------------------------------------

aided and abetted by others both known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

On or about September 18, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BECKY L. WARD** --------------------------------------------

did knowingly and intentionally distribute and possess with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about October 31, 2025, in the Western District of Tennessee, the defendant,

-------------------------------------------- **BECKY L. WARD** --------------------------------------------

did knowingly and intentionally possess with the intent to distribute methamphetamine, a controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

DATED: _____

DAVID DUNAVANT
Digitally signed by DAVID DUNAVANT
Date: 2026.02.19 15:32:18 -06'00'

_____
D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE